The People of the State of New York, Respondent, v. Carl Mrzena, Appellant.—

No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur. [See *post,* p. 869.]